848 A.2d 924

**Floyd CALLOWAY, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

April 1, 2004.

## *ORDER*

PER CURIAM:

**AND NOW,** this 1st day of April, 2004, probable jurisdiction is noted and the order appealed is affirmed.